01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Dylan Reeves,

Debtor (s)

Case No. 13-21976

Chapter 13

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re: _Amended Schedule A_
(Specify Document)

I (We), Dylan Reeves and _____ the undersigned individual(s), hereby declare under penalty of perjury that I(we) have reviewed the _amended A_ being filed simultaneously with this Declaration and that the information therein is true and correct.

Dylan Reeves
Printed or Typed Name of Debtor or Other Person

Printed or Typed Name of Joint Debtor

_[signature]_
Signature of Debtor or Other Person

Signature of Joint Debtor

6/5/13
Date

Date