B6D (Official Form 6D) (12/07)

IN RE **Reeves, Dylan** Case No. **1:13-bk-21976**
Debtor(s) (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3517** **Advantage Assets** **C/O Blitt And Gaines** **661 Glenn Avenue** **Wheeling, IL 60090** | | | **judgment** VALUE $ **293,000.00** | | | | 7,044.72 | 7,044.72 |
| ACCOUNT NO. **Blitt And Gaines** **661 Glenn Ave** **Wheeling, IL 60090** | | | **Assignee or other notification for: Advantage Assets** VALUE $ | | | | | |
| ACCOUNT NO. **WFF Cards** **3201 North 4th Avenue** **Sioux Falls, SD 57104** | | | **Assignee or other notification for: Advantage Assets** VALUE $ | | | | | |
| ACCOUNT NO. **7727** **Bing Tie** **986 S. Park Terrace** **Chicago, IL 60605** | | | **judgment** VALUE $ **293,000.00** | | | | 98,000.00 | 98,000.00 |

_____ **4** continuation sheets attached

Subtotal (Total of this page) $ 105,044.72 | $ 105,044.72

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reeves, Dylan** _____ Case No. **1:13-bk-21976**
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3778** <br> **City Of Chicago** <br> **Department Of Revenue- Water Division** <br> **Box 6330** <br> **Chicago, IL 60680** | | | **Water bill for 5431-33 S Wabash** <br><br> VALUE $ **100,000.00** | | | | **1,000.00** | **1,000.00** |
| ACCOUNT NO. <br> **City Of Chicago** <br> **C/O Suzanna Mendoza** <br> **121 N LaSalle Street, Room 107** <br> **Chicago, IL 60602** | | | **Assignee or other notification for:** <br> **City Of Chicago** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **0000** <br> **Cook County Collector** <br> **Box 4488** <br> **Carol Stream, IL 60197-4488** | | | **Property taxes 5431 S. Wabash Ave** <br><br> VALUE $ **100,000.00** | | | | **0.00** | |
| ACCOUNT NO. <br> **Cook County Treasurer's Office** <br> **Room 112** <br> **118 North Clark Street** <br> **Chicago, IL 60602** | | | **Assignee or other notification for:** <br> **Cook County Collector** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **0000** <br> **Cook County Collector** <br> **Box 4488** <br> **Carol Stream, IL 60197-4488** | | | **Property taxes 5437 S. Wabash Ave** <br><br> VALUE $ **100,000.00** | | | | **0.00** | |
| ACCOUNT NO. <br> **Cook County Treasurer's Office** <br> **Room 112** <br> **118 North Clark Street** <br> **Chicago, IL 60602** | | | **Assignee or other notification for:** <br> **Cook County Collector** <br><br> VALUE $ | | | | | |

Sheet no. **1** of **4** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **1,000.00** $ **1,000.00**

Total (Use only on last page) $ $

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reeves, Dylan**            Case No. **1:13-bk-21976**
           Debtor(s)            (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Fair Deal Of Illinois, Inc.** <br> **Suite 1710** <br> **30 South Wacker Drive** <br> **Chicago, IL 60606** | | | **notice only** <br><br> VALUE $ | | | | 0.00 | |
| ACCOUNT NO. <br> **Reiter Law Offices, Ltd.** <br> **Suite 1710** <br> **30 South Wacker Drive** <br> **Chicago, IL 60606** | | | **Assignee or other notification for:** <br> **Fair Deal Of Illinois, Inc.** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **2605** <br> **Urban Partnership Bank** <br> **7054 S. Jeffery Blvd** <br> **Chicago, IL 60649** | | | **Unsecured lien** <br><br> VALUE $ **93,000.00** | | | | 263,960.10 | 170,960.10 |
| ACCOUNT NO. <br> **Gregory McCormick** <br> **Garfield & Merel, LTD.** <br> **180 N. Stetson Street, Suite 1300** <br> **Chicago, IL 60601** | | | **Assignee or other notification for:** <br> **Urban Partnership Bank** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **Shorebank** <br> **7054 S. Jefferery Blvd** <br> **Chicago, IL 60649** | | | **Assignee or other notification for:** <br> **Urban Partnership Bank** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **5087** <br> **Urban Partnership Bank** <br> **7054 S. Jeffery Blvd** <br> **Chicago, IL 60649** | | | **First Mortgage Lien on real property** <br><br> VALUE $ **293,000.00** | | | | 1,112,685.86 | 912,685.86 |

Sheet no. **2** of **4** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **1,376,645.96**    $ **1,083,645.96**

Total (Use only on last page) $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reeves, Dylan** _____  Case No. **1:13-bk-21976**
                Debtor(s)                                                           (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Gregory McCormick** <br> **Garfield & Merel, LTD.** <br> **180 N. Stetson Street, Suite 1300** <br> **Chicago, IL 60601** | | | **Assignee or other notification for: Urban Partnership Bank** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **Shorebank** <br> **7054 S. Jefferey Blvd** <br> **Chicago, IL 60649** | | | **Assignee or other notification for: Urban Partnership Bank** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **5926** <br> **Urban Partnership Bank** <br> **7054 S. Jeffery Blvd** <br> **Chicago, IL 60649** | | | **2nd Mortgage Lien** <br><br> VALUE $ **200,000.00** | | | | **121,744.12** | **121,744.12** |
| ACCOUNT NO. **6059** <br> **Urban Partnership Bank** <br> **7054 S. Jeffery Blvd** <br> **Chicago, IL 60649** | | | **Third mortgage lien on 5431-33 and 5437-39 S. Wabash** <br><br> VALUE $ **293,000.00** | | | | **207,384.97** | **207,384.97** |
| ACCOUNT NO. <br> **Gregory McCormick** <br> **Garfield & Merel, LTD.** <br> **180 N. Stetson Street, Suite 1300** <br> **Chicago, IL 60601** | | | **Assignee or other notification for: Urban Partnership Bank** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **Shorebank** <br> **7054 S. Jefferey Blvd** <br> **Chicago, IL 60649** | | | **Assignee or other notification for: Urban Partnership Bank** <br><br> VALUE $ | | | | | |

Sheet no. **3** of **4** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **329,129.09**    $ **329,129.09**

Total (Use only on last page) $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Reeves, Dylan** _____   Case No. **1:13-bk-21976**
                          Debtor(s)                                                            (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7727** **Ying Chang Ma** **8812 Donegal Drive** **Darien, IL 60561** | | | **judgment** VALUE $ | | | | 0.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. ___**4**___ of ___**4**___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ _____   $ _____

Total (Use only on last page) $ **1,811,819.77**   $ **1,518,819.77**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **Reeves, Dylan** _____ Case No. **1:13-bk-21976** _____
                                Debtor(s)                                                                    (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____**1**____ continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Reeves, Dylan** _____ Case No. **1:13-bk-21976**
                Debtor(s)                                   (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**State Of Illinois<br>Department Of Revenue<br>Box 19035<br>Springfield, IL 62794-9035** | | | **Notice only** | | | | **0.00** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ | $ | $

Total  
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total  
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reeves, Dylan**  
Debtor(s)

Case No. **1:13-bk-21976**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8828**<br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | | | **charge** | | | | **9,791.00** |
| ACCOUNT NO. **1004**<br>**American Express**<br>**Box 26312**<br>**Lehigh Valley, PA 18002** | | | **charge** | | | | **9,829.47** |
| ACCOUNT NO. **7217**<br>**Capital One**<br>**Box 85520**<br>**Richmond, VA 23285** | | | **charge** | | | | **4,780.71** |
| ACCOUNT NO.<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |

____**7**____ continuation sheets attached

Subtotal (Total of this page) $ **24,401.18**

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Reeves, Dylan** _____  Case No. **1:13-bk-21976**
                    Debtor(s)                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **64** <br> **Collection Prof/Lasal** <br> **723 1st Street** <br> **LaSalle, IL 61301** | | | **collection** | | | | **413.00** |
| ACCOUNT NO. **9869** <br> **Commonwealth Edison** <br> **Three Lincoln Center** <br> **Oak Brook, IL 60181** | | | **judgment** | | | | **8,287.88** |
| ACCOUNT NO. **5406** <br> **Consultants In Clinical Pathology Ltd** <br> **37416 Eagle Way** <br> **Chicago, IL 60678** | | | **medical service** | | | | **211.00** |
| ACCOUNT NO. <br> **Daniel O. Stamm** <br> **2519 N. California, 1C** <br> **Chicago, IL 60647** | | | | | | | **0.00** |
| ACCOUNT NO. **3975** <br> **Deca Financial Service** <br> **12175 Visionary Way** <br> **Fishers, IN 46038** | | | **collection** | | | | **639.00** |
| ACCOUNT NO. **2731** <br> **Dish Network** <br> **Dept. 0063** <br> **Paletine, IL 60055-0063** | | | **collection** | | | | **425.43** |
| ACCOUNT NO. <br> **Enhanced Recovery Company LLC** <br> **8014 Bayberry Road** <br> **Jacksonville, FL 32256-7412** | | | **Assignee or other notification for: Dish Network** | | | | |

Sheet no. **1** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **9,976.31**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reeves, Dylan** _____ Case No. **1:13-bk-21976**
                    Debtor(s)                               (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5712**<br>**Enhanced Recovery Company LLC**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256-7412** | | | **collection** | | | | **774.00** |
| ACCOUNT NO. **4577**<br>**Enhanced Recovery Company LLC**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256-7412** | | | **collection** | | | | **198.00** |
| ACCOUNT NO. **1123**<br>**ESB Harley Davidson Cr**<br>**Box 21829**<br>**Carson City, NV 89721** | | | **collection** | | | | **23,143.00** |
| ACCOUNT NO. **3632**<br>**Escallate LLC**<br>**5200 Stoneham Road**<br>**North Canton, OH 44720** | | | **collection** | | | | **667.00** |
| ACCOUNT NO. **1954**<br>**Ford Motor Credit**<br>**Box 542000**<br>**Omaha, NE 68154** | | | **judgment** | | | | **7,655.00** |
| ACCOUNT NO.<br>**Freedman, Anselmo, Lindberg, LLC**<br>**Suite 150**<br>**1807 West Diehl Road**<br>**Naperville, IL 60563** | | | **Assignee or other notification for:**<br>**Ford Motor Credit** | | | | |
| ACCOUNT NO. **1881**<br>**Home Depot Credit Services**<br>**PO Box 653000**<br>**Dallas, TX 75265-3000** | | | **collection** | | | | **837.70** |

Sheet no. __**2**__ of __**7**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **33,274.70**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reeves, Dylan** _____  Case No. **1:13-bk-21976**
                 Debtor(s)                                                 (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Citibank SD, Na**<br>**Box 6241**<br>**Sioux Falls, SD  57117** | | | **Assignee or other notification for:**<br>**Home Depot Credit Services** | | | | |
| ACCOUNT NO.<br>**LTD Financial Services**<br>**Suite 1600**<br>**7322 Southwest Freeway**<br>**Houston, TX  77074-2053** | | | **Assignee or other notification for:**<br>**Home Depot Credit Services** | | | | |
| ACCOUNT NO. **9666**<br>**HSBC Bank**<br>**Bankruptcy Dept.**<br>**Box 5213**<br>**Carol Stream, IL  60197-5213** | | | **judgment lien** | | | | **3,667.00** |
| ACCOUNT NO.<br>**Blatt Hasenmiller Leibsker & Moore**<br>**Suite 400**<br>**125 South Wacker Drive**<br>**Chicago, IL  60606** | | | **Assignee or other notification for:**<br>**HSBC Bank** | | | | |
| ACCOUNT NO. **2719**<br>**HSBC Bank**<br>**Bankruptcy Dept.**<br>**Box 5253**<br>**Carol Stream, IL  60197-5253** | | | **collection** | | | | **4,413.00** |
| ACCOUNT NO. **1461**<br>**Illinois Collection Service, Inc.**<br>**Suite 100**<br>**8231 185th Street**<br>**Tinley Park, IL  60487** | | | **collection** | | | | **57.00** |
| ACCOUNT NO. **1166**<br>**Illinois Collection Service, Inc.**<br>**Suite 100**<br>**8231 185th Street**<br>**Tinley Park, IL  60487** | | | **collection** | | | | **190.00** |

Sheet no. **3** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **8,327.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reeves, Dylan** _____ Case No. **1:13-bk-21976**
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1500** <br> **Illinois Collection Service, Inc.** <br> **Suite 100** <br> **8231 185th Street** <br> **Tinley Park, IL  60487** | | | **collection** | | | | **57.00** |
| ACCOUNT NO. **1461** <br> **Illinois Collection Service, Inc.** <br> **Suite 100** <br> **8231 185th Street** <br> **Tinley Park, IL  60487** | | | **collection** | | | | **284.00** |
| ACCOUNT NO. **1500** <br> **Illinois Collection Service, Inc.** <br> **Suite 100** <br> **8231 185th Street** <br> **Tinley Park, IL  60487** | | | **collection** | | | | **284.00** |
| ACCOUNT NO. **8517** <br> **Little Company Of Mary** <br> **2800 West 95th Street** <br> **Evergreen Park, IL  60805** | | | **medical service** | | | | **54.00** |
| ACCOUNT NO. <br> **Evergreen Emergency Services** <br> **Box 428080** <br> **Evergreen Park, IL  60805** | | | **Assignee or other notification for:** <br> **Little Company Of Mary** | | | | |
| ACCOUNT NO. **5003** <br> **Little Company Of Mary** <br> **2800 West 95th Street** <br> **Evergreen Park, IL  60805** | | | **medical service** | | | | **83.00** |
| ACCOUNT NO. <br> **Evergreen Emergency Services** <br> **Box 428080** <br> **Evergreen Park, IL  60805** | | | **Assignee or other notification for:** <br> **Little Company Of Mary** | | | | |

Sheet no. **4** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **762.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reeves, Dylan** _____  Case No. **1:13-bk-21976** _____
                              Debtor(s)                                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9675**<br>**Little Company Of Mary**<br>**2800 West 95th Street**<br>**Evergreen Park, IL  60805** | | | **medical service** | | | | **83.00** |
| ACCOUNT NO.<br>**Evergreen Emergency Services**<br>**Box 428080**<br>**Evergreen Park, IL  60805** | | | **Assignee or other notification for:**<br>**Little Company Of Mary** | | | | |
| ACCOUNT NO. **0129**<br>**Little Company Of Mary**<br>**2800 West 95th Street**<br>**Evergreen Park, IL  60805** | | | **medical service** | | | | **430.00** |
| ACCOUNT NO.<br>**Evergreen Emergency Services**<br>**Box 428080**<br>**Evergreen Park, IL  60805** | | | **Assignee or other notification for:**<br>**Little Company Of Mary** | | | | |
| ACCOUNT NO. **1588**<br>**Little Company Of Mary**<br>**2800 West 95th Street**<br>**Evergreen Park, IL  60805** | | | **medical service** | | | | **378.00** |
| ACCOUNT NO.<br>**Evergreen Emergency Services**<br>**Box 428080**<br>**Evergreen Park, IL  60805** | | | **Assignee or other notification for:**<br>**Little Company Of Mary** | | | | |
| ACCOUNT NO. **5915**<br>**Little Company Of Mary**<br>**2800 West 95th Street**<br>**Evergreen Park, IL  60805** | | | **medical service** | | | | **83.00** |

Sheet no. __**5**__ of __**7**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **974.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reeves, Dylan** _____ Case No. **1:13-bk-21976**
    Debtor(s)    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Evergreen Emergency Services**<br>**Box 428080**<br>**Evergreen Park, IL 60805** | | | **Assignee or other notification for:**<br>**Little Company Of Mary** | | | | |
| ACCOUNT NO. **0252**<br>**Mercy Hospital And Medical Center**<br>**25739 Network Place**<br>**Chicago, IL 60673** | | | **medical service** | | | | **975.00** |
| ACCOUNT NO. **3196**<br>**Mercy Physician Billins**<br>**35072 Eagle Way**<br>**Chicago, IL 60678-1350** | | | **medical service** | | | | **114.00** |
| ACCOUNT NO. **2159**<br>**Northern Leasing Systems, Inc.**<br>**14th Floor**<br>**132 West 31st Street**<br>**New York, NY 10001-3405** | | | **collection** | | | | **1,436.32** |
| ACCOUNT NO. **1034**<br>**Northland Group Inc**<br>**Box 390846**<br>**Minneapolis, MN 55439** | | | **collection service** | | | | **323.02** |
| ACCOUNT NO. **1588**<br>**Pathology Consultants Of Chicago**<br>**C/O Dependon Collection Service, Inc.**<br>**Box 4833**<br>**Oak Brook, IL 60522** | | | **medical service** | | | | **57.00** |
| ACCOUNT NO.<br>**Dependon Collection Service, Inc.**<br>**Box 4833**<br>**Oak Brook, IL 60522** | | | **Assignee or other notification for:**<br>**Pathology Consultants Of Chicago** | | | | |

Sheet no. **6** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,905.34**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reeves, Dylan**  Case No. **1:13-bk-21976**
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4959**<br>**Radiology Imaging Specialists LTD**<br>**39645 Treasury Center**<br>**Chicago, IL 60694-9000** | | | **medical service** | | | | **341.00** |
| ACCOUNT NO.<br>**ICS Collection Service**<br>**Box 1010**<br>**Tinley Park, IL 60477** | | | **Assignee or other notification for:**<br>**Radiology Imaging Specialists LTD** | | | | |
| ACCOUNT NO. **3848**<br>**The Cardiology Group LLC**<br>**Attn: Accounts Receivable**<br>**2800 West 87th Street**<br>**Chicago, IL 60652** | | | **medical service** | | | | **18.00** |
| ACCOUNT NO.<br>**The Cardiology Group LLC**<br>**C/O Physicians Billing Service**<br>**2800 West 95th Street**<br>**Evergreen Park, IL 60805-2701** | | | **Assignee or other notification for:**<br>**The Cardiology Group LLC** | | | | |
| ACCOUNT NO.<br>**The Law Offices Of M. H. Cohon**<br>**Box 636**<br>**Morton Grove, IL 60053** | | | **Assignee or other notification for:**<br>**The Cardiology Group LLC** | | | | |
| ACCOUNT NO. **0110**<br>**Web Bank**<br>**Suite 800**<br>**215 South State Street**<br>**Salt Lake City, UT 84111** | | | **collection** | | | | **1,708.00** |
| ACCOUNT NO. | | | | | | | |

Sheet no. **7** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,067.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **82,687.53**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only