**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION**

| | |
|---|---|
| IN RE: | |
| DYLAN REEVES | CASE NUMBER: 13-21976 |
|                   DEBTOR | CHAPTER 13 |
| | Hearing Date: May 19, 2016 |
| | Judge Janet S. Baer |

## NOTICE OF MOTION

TO:   Dylan Reeves, 8737 South Racine Avenue, Chicago, IL 60620
       Dipali R. Patel, 828 W. Grace Street, Unit 2, Chicago, IL 60613
       Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
       Patrick S. Layng, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

PLEASE TAKE NOTICE that on May 19, 2016 at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Judge Janet S. Baer, Bankruptcy Judge, in Courtroom Number 615 usually occupied by her at Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, or before any other Bankruptcy Judge who may be sitting in her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

I, Phillip A. Pluister, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on May 5, 2016 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 150 N. Michigan Ave, Suite 800, Chicago, IL 60601 before the hour of 5:00 PM on May5, 2016.

                                              /s/ Phillip A. Pluister
                                              Attorney for Creditor

Phillip A. Pluister, #26544-64
**BURKE COSTANZA & CARBERRY LLP**
150 N. Michigan Ave, Suite 800
Chicago, IL 60601
Telephone:  (219) 769-1313

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION

IN RE:
DYLAN REEVES

DEBTOR

CASE NUMBER: 13-21976
CHAPTER 13
Hearing Date: May 19, 2016
Judge Janet S. Baer

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** MRF Illinois One, LLC (hereinafter "Creditor"), by and through its attorneys, Burke Costanza & Carberry LLP moves this Honorable Court pursuant to 11 U.S.C. §554 for an Order granting Creditor relief from the automatic stay as to the real estate listed in Debtor's schedules as 9808 S. Normal, Chicago, IL 60628 and more commonly known as: and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334;

2. The Debtor is indebted to Creditor for which the movant claims a valid security interest in the real property commonly known as:

    9808 S. Normal

    Chicago, IL 60628

3. This security interest arose from a Promissory note ("Agreement") executed December 8, 2006 and Mortgage executed on December 8, 2006 in the amount of $231,300.00. (Copies of the Agreement and Mortgage are attached as Exhibits A and B.)

4. The principal balance due Creditor on account of the indebtedness as of May 20, 2016, was $221,061.41.

5. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on May 27, 2013.

6. Creditor is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

    a) The Debtor defaulted in the performance of the terms and conditions of the Agreement and Mortgage by failing to pay the monthly payments as they became due the entire balance is now due.

    b) The Estimated Payoff amount as of May 20, 2016 was $327,459.68. That to the best of Creditor's knowledge, no non-exempt equity exists in the subject properties or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

    c) The above is especially true when considering the cost of selling the property, as outlined below:

| | |
|---|---|
| Estimated Value: | $ 221,061.41 |
| | |
| Estimated Payoff | $-327,459.68 |
| Broker`s Commission | $- 10,560.00 |
| Other Closing Costs (estimated) | $- 2,000.00 |
| Grand Total | $-340,019.68 |
| | |
| Net Proceeds of Sale: | $-118,958.27 |
| (assuming no capital gains need to be paid) | |

    7. Debtor is delinquent on post-petition payments in the amount of $62,874.36 representing payments due from June 2013 through May 2016 in the amount of $1746.51 each;

    8. This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Creditor requests this Court so order;

**WHEREFORE**, MRF Illinois One, LLC, prays this Court enter an Order directing the Trustee to Abandon the real estate commonly known as 9808 S. Normal, Chicago, IL 60628 to modify the automatic stay pursuant to 11 U.S.C. §362(d) as to Creditor, approving its post-petition fees and costs incurred, to waive the 14 day requirement under Rule 4001(a) (3), and for such other and further relief as this Court may deem just and proper.

DATED: May 5, 2016            Respectfully Submitted,

                                       BURKE COSTANZA & CARBERRY LLP

                                       By: /s/ Phillip A. Pluister
                                             Phillip A. Pluister, #26544-64
                                             BURKE COSTANZA & CARBERRY LLP
                                             150 N. Michigan Ave, Suite 800
                                             Chicago, IL 60601
                                             Telephone:  (219) 769-1313

## **CERTIFICATE OF SERVICE**

      I certify that on May 5, 2016, service of true and complete copies of the attached Motion was made upon the following Distribution List herein, by depositing the same in the United States Mail, in envelopes properly addressed to each of them and with sufficient first class postage affixed.

                                         By: /s/ Phillip A. Pluister
                                             Phillip A. Pluister

**Distribution:**
Debtors:  Dylan Reeves, 8737 South Racine Avenue, Chicago, IL 60620
Debtors' Attorney: Dipali R. Patel, 828 W. Grace Street, Unit 2, Chicago, IL 60613
Standing Trustee:  Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
U.S. Trustee: Patrick S. Layng, 219 S. Dearborn Street, Room 873, Chicago, IL 60604