Doc#: 1610656052 Fee: $50.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 04/15/2016 10:13 AM Pg: 1 of 2

PREPARED BY & RETURN TO:
M. E. Wileman
2860 Exchange Blvd. # 100
Southlake, TX 76092

**Assignment of Mortgage**

Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, **URBAN PARTNERSHIP BANK PO Box 19260, Chicago, IL 60619-0260 (Assignor)** by these presents does assign and set over, without recourse, to **MRF ILLINOIS ONE, LLC  120 S. LaSalle, Suite 1850, Chicago, IL 60603 (Assignee)** the described mortgage with all interest, all liens, any rights due or to become due thereon, executed by **DYLAN REEVES, AN UNMARRIED MAN** to SHOREBANK.   Said mortgage **Dated: 12/8/2006** is recorded in the **State of IL, County of Cook on 3/27/2007, Document # 0708641088 AMOUNT: $ 231,300.00**  SEE ATTACHED EXHIBIT A
 Parcel # 25091290570000   Property Address: 9808 S., NORMAL, CHICAGO, IL 60628

IN WITNESS WHEREOF, the undersigned corporation/trust has caused this instrument to be executed as a sealed instrument by its proper officer.  Executed on: 12/13/13
URBAN PARTNERSHIP BANK

By: _Renee Kirin_

Renee Kirin, Director, Banking Operations

REEVES   KCM *13122175*

State of Illinois, County of Cook
On 12/13/13, before me, the undersigned, Renee Kirin, who acknowledged that he/she is Director, Banking Operations of/for   URBAN PARTNERSHIP BANK
 and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of  URBAN PARTNERSHIP BANK   .

Notary public, Pamela Murphy
My Commission Expires: July 6, 2017

"OFFICIAL SEAL"
Pamela A. Murphy
Notary Public, State of Illinois
My Commission Expires July 6, 2017

IL   Cook

AMF/AOM/URBAN

# Exhibit A

LOT 4 (EXCEPT THE NORTH 8 FEET THEREOF) AND THE NORTH 8
FEET OF LOT 5 IN BLOCK 9 IN ODELL'S ADDITION TO EUCLID
PARK, AS SUBDIVISION OF THE EAST 1/2 OF THE NORTHWEST 1/4
OF SECTION 9, TOWNSHIP 37 NORTH, RANGE 17, EAST OF THE
THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

THE REAL PROPERTY OR ITS ADDRESS IS COMMONLY KNOWN AS 9808
S. NORMAL, CHICAGO, IL 60628.
THE REAL PROPERTY TAX IDENTIFICATION NUMBER IS
25-09-129-057-0000.

13122175

Cook County,   IL

AMF/AOM/URBAN

K DØ9IC
AE

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401

**\*7095124884\***

**CORPORATE**                                   **ASSIGNMENT OF MORTGAGE**
Cook, Illinois
SELLER'S SERVICING #:7095124884 "REEVES"
INVESTOR'S LOAN #: MRF IL
OLD SERVICING #: 54260588

Date of Assignment: June 23rd, 2015
Assignor: SHOREBANK at *7936 S Cottage Grove, Chicago, IL 60619*
Assignee: MRF ILLINOIS ONE, LLC. at C/O OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON RD, STE 100,
WEST PALM BEACH, FL 33409

Executed By: DYLAN REEVES, AN UNMARRIED MAN To: SHOREBANK
Date of Mortgage: 12/08/2006 Recorded: 03/27/2007 as Instrument No.: 0708641088 In the County of Cook, State of
Illinois.

Assessor's/Tax ID No. 25-09-129-057-0000

Property Address: 9808 S. NORMAL, CHICAGO, IL 60628

Legal: LOT 4 (EXCEPT THE NORTH 8 FEET THEREOF) AND THE NORTH 8 FEET OF LOT 5 IN BLOCK 9 IN
ODELL'S ADDITION TO EUCLID PARK, AS SUBDIVISION OF THE EAST 1/2 OF THE NORTHWEST 1/4 OF SECTION
9, TOWNSHIP 37 NORTH, RANGE 17, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

    KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of
which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage
having an original principal sum of $231,300.00 with interest, secured thereby, and the full benefit of all the powers and of
all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said
Assignee, the Assignor's interest under the Mortgage.

    TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the
terms contained in said Mortgage.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

SHOREBANK
On _8/4/13_

By: _Aileen Kennedy_
      _C70_

STATE OF _Illinois_
COUNTY OF _Cook_

On _8/6/13_, before me, _Carolyn Kearney_, a Notary Public in and for _Cook C/y_ in
the State of _Illinois_, personally appeared _Eileen Kennedy, C-70_, personally known to me (or
proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that
by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal,

_Carolyn Kearney_

Notary Expires: _10/17 2017_

```
**************************************
*      "OFFICIAL SEAL"              *
*       Carolyn Kearney             *
*   Notary Public, State of Illinois *
*  My Commission Expires October 17, 2017 *
**************************************
```

(This area for notarial seal)

Prepared By:
Laura Chiusano-brewster,  OCWEN LOAN SERVICING, LLC 240 TECHNOLOGY DRIVE, IDAHO FALLS, ID  83401 800-766-4622

PREPARED BY & RETURN TO:
M. E. Wileman
2860 Exchange Blvd. # 100
Southlake, TX 76092      **Assignment of Mortgage**      Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, **URBAN PARTNERSHIP BANK PO Box 19260, Chicago, IL 60619-0260 (Assignor)** by these presents does assign and set over, without recourse, to **MRF ILLINOIS ONE, LLC 120 S. LaSalle, Suite 1850, Chicago, IL 60603 (Assignee)** the described mortgage with all interest, all liens, any rights due or to become due thereon, executed by **DYLAN REEVES, AN UNMARRIED MAN to SHOREBANK.** Said mortgage **Dated: 12/8/2006** is recorded in the **State of IL, County of Cook on 3/27/2007, Document # 0708641088 AMOUNT: $ 231,300.00 SEE ATTACHED EXHIBIT A**
Parcel # 25091290570000 Property Address: 9808 S., NORMAL, CHICAGO, IL 60628

IN WITNESS WHEREOF, the undersigned corporation/trust has caused this instrument to be executed as a sealed instrument by its proper officer. Executed on: 12/13/13
URBAN PARTNERSHIP BANK

By: _Renee Kirin_

     Renee Kirin, Director, Banking Operations

REEVES KCM *13122175*

State of Illinois, County of Cook
On 12/13/13, before me, the undersigned, Renee Kirin, who acknowledged that he/she is Director, Banking Operations of/for URBAN PARTNERSHIP BANK
and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of URBAN PARTNERSHIP BANK .

"OFFICIAL SEAL"
Pamela A. Murphy
Notary Public, State of Illinois
My Commission Expires July 6, 2017

Notary public, Pamela Murphy
My Commission Expires: July 6, 2017

# Exhibit A

LOT 4 (EXCEPT THE NORTH 8 FEET THEREOF) AND THE NORTH 8
FEET OF LOT 5 IN BLOCK 9 IN ODELL'S ADDITION TO EUCLID
PARK, AS SUBDIVISION OF THE EAST 1/2 OF THE NORTHWEST 1/4
OF SECTION 9, TOWNSHIP 37 NORTH, RANGE 17, EAST OF THE
THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

THE REAL PROPERTY OR ITS ADDRESS IS COMMONLY KNOWN AS 9808
S. NORMAL, CHICAGO, IL 60628.
THE REAL PROPERTY TAX IDENTIFICATION NUMBER IS
25-09-129-057-0000.

13122175                                    AMF/AOM/URBAN
                    Cook County,   IL

Doc#: 1610656053 Fee: $52.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 04/15/2016 10:13 AM Pg: 1 of 3

**Mail Tax Statement to:**
**Kondaur Capital Corporation**
333 South Anita Drive, Suite 400
Orange, CA 92868
456211

**This document prepared by: Terri Le**
**Kondaur Capital Corporation**
333 South Anita Drive, Suite 400
Orange, CA 92868

_____[Space Above This Line For Recording Data]_____

# ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, MRF Illinois One, LLC, c/o OCWEN Loan Servicing, LLC, whose address is 1661 Worthington RD, Suite 100, West Palm Beach, FL 33409, hereby assigns, and transfers to Kondaur Capital Corporation, as Separate Trustee of Matawin Ventures Trust Series 2015-2 at 333 S. Anita Dr., Ste., 400, Orange, CA 92868, all its right, title and interest in and to that certain Mortgage executed by Dylan Reeves, an unmarried man, with an original principal amount of $231,300.00 to ShoreBank, and bearing the date of December 08, 2006 and recorded as Instrument # 0708641088 on March 27, 2007 of Official Records in the County Recorder's office of Cook County, State of Illinois, describing land therein as:  See legal description attached hereto and made a part hereof as exhibit "A".

Commonly known as:  9808 S NORMAL, CHICAGO, IL 60628
Tax ID:  25-09-129-057-0000

*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this 28th day of January, 2016.


MRF Illinois One, LLC

By: _____
Name:   L. Steven Sears
Title:   Chair

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _CO_ )
COUNTY OF _Denver_ )SS.

On _Jun 28_ 2016 before me, _Julie A Burke_, Notary Public, personally appeared _Steven Spear_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me and that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify that under penalty of perjury under laws of the State of _CO_ that the foregoing paragraph is true and correct.

Notary Public
My Commission Expires:

JULIE A BURKE
Notary Public
State of Colorado
Notary ID 20074013801
My Commission Expires Apr 4, 2019

# Exhibit A

LOT 4 (EXCEPT THE NORTH 8 FEET THEREOF) AND THE NORTH 8
FEET OF LOT 5 IN BLOCK 9 IN ODELL'S ADDITION TO EUCLID
PARK, AS SUBDIVISION OF THE EAST 1/2 OF THE NORTHWEST 1/4
OF SECTION 9, TOWNSHIP 37 NORTH, RANGE 17, EAST OF THE
THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

THE REAL PROPERTY OR ITS ADDRESS IS COMMONLY KNOWN AS 9808
S. NORMAL, CHICAGO, IL 60628.
THE REAL PROPERTY TAX IDENTIFICATION NUMBER IS
25-09-129-057-0000.

13122175

Cook County,  IL

AMF/AOM/URBAN