**B6D (Official Form 6D) (12/07)**

**IN RE** Reeves, Dylan _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City Of Chicago**<br>**Department Of Revenue- Water Division**<br>**Box 6330**<br>**Chicago, IL 60680** | | | **Water bill for 5431-33 S Wabash**<br><br>VALUE $ **627,000.00** | | | | **1,000.00** | **1,000.00** |
| ACCOUNT NO.<br>**City Of Chicago**<br>**C/O Suzanna Mendoza**<br>**121 N LaSalle Street, Room 107**<br>**Chicago, IL 60602** | | | **Assignee or other notification for:**<br>**City Of Chicago**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **20-10-309-032-0000**<br>**Cook County Collector**<br>**Box 4488**<br>**Carol Stream, IL 60197-4488** | | | **Property taxes 5431 S. Wabash Ave**<br><br>VALUE $ **627,000.00** | | | | **0.00** | |
| ACCOUNT NO.<br>**Cook County Treasurer's Office**<br>**Room 112**<br>**118 North Clark Street**<br>**Chicago, IL 60602** | | | **Assignee or other notification for:**<br>**Cook County Collector**<br><br>VALUE $ | | | | | |

____**2**____ continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal (Total of this page) $ **1,000.00**　$ **1,000.00**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Total (Use only on last page) $　　　　$

　　　　　　　　　　　　　　　　　　　　　　　　　　　(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

**IN RE Reeves, Dylan** _____ Case No. _____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **20-10-309-033-0000**<br>**Cook County Collector**<br>**Box 4488**<br>**Carol Stream, IL 60197-4488** | | | **Property taxes 5437 S. Wabash Ave**<br><br>VALUE $ **628,000.00** | | | | 0.00 | |
| ACCOUNT NO.<br>**Cook County Treasurer's Office**<br>**Room 112**<br>**118 North Clark Street**<br>**Chicago, IL 60602** | | | **Assignee or other notification for:**<br>**Cook County Collector**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **542605**<br>**Urban Partnership Bank**<br>**7054 S. Jeffery Blvd**<br>**Chicago, IL 60649** | | | **Unsecured lien**<br><br>VALUE $ **93,000.00** | | | | 231,300.00 | 138,300.00 |
| ACCOUNT NO.<br>**Gregory McCormick**<br>**Garfield & Merel, LTD.**<br>**180 N. Stetson Street, Suite 1300**<br>**Chicago, IL 60601** | | | **Assignee or other notification for:**<br>**Urban Partnership Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Shorebank**<br>**7054 S. Jefferey Blvd**<br>**Chicago, IL 60649** | | | **Assignee or other notification for:**<br>**Urban Partnership Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **65087**<br>**Urban Partnership Bank**<br>**7054 S. Jeffery Blvd**<br>**Chicago, IL 60649** | | | **First Mortgage Lien on real property**<br><br>VALUE $ **1,255,000.00** | | | | 1,112,685.86 | |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　　　　　(Total of this page) $ **1,343,985.86**　$ **138,300.00**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total
　　　　　　　　　　　　　　　　　　　　　　(Use only on last page) $　　　　　　　$

　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Reeves, Dylan** _____ Case No. _____
         Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gregory McCormick**<br>**Garfield & Merel, LTD.**<br>**180 N. Stetson Street, Suite 1300**<br>**Chicago, IL 60601** | | | **Assignee or other notification for:**<br>**Urban Partnership Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Shorebank**<br>**7054 S. Jefferey Blvd**<br>**Chicago, IL 60649** | | | **Assignee or other notification for:**<br>**Urban Partnership Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **65926**<br>**Urban Partnership Bank**<br>**7054 S. Jeffery Blvd**<br>**Chicago, IL 60649** | | | **2nd Mortgage Lien**<br><br>VALUE $ **1,255,000.00** | | | | **121,744.12** | |
| ACCOUNT NO. **66059**<br>**Urban Partnership Bank**<br>**7054 S. Jeffery Blvd**<br>**Chicago, IL 60649** | | | **Third mortgage lien on 5431-33 and 5437-39 S. Wabash**<br><br>VALUE $ **1,348,000.00** | | | | **207,384.97** | **186,814.95** |
| ACCOUNT NO.<br>**Gregory McCormick**<br>**Garfield & Merel, LTD.**<br>**180 N. Stetson Street, Suite 1300**<br>**Chicago, IL 60601** | | | **Assignee or other notification for:**<br>**Urban Partnership Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Shorebank**<br>**7054 S. Jefferey Blvd**<br>**Chicago, IL 60649** | | | **Assignee or other notification for:**<br>**Urban Partnership Bank**<br><br>VALUE $ | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **329,129.09** | $ **186,814.95**

Total (Use only on last page) $ **1,674,114.95** | $ **326,114.95**

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only