## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: Dylan Reeves | ) | IN A CHAPTER 13 PROCEEDING |
| Debtor(s) | ) | |
| Dylan Reeves | ) | |
| Plaintiff(s) | ) | |
| vs. | ) | Adversary No. |
| Kondaur Capital Corp. | ) | |
| Defendant | ) | Judge Janet S. Baer |
| | ) | Re: Bankr. Case No. 13-21976 |

### COMPLAINT TO DETERMINE VALIDITY, PRIORITY OR EXTENT OF MORTGAGE LIEN

NOW COMES Dylan Reeves, the Debtor and Plaintiff, by and through the Law Offices of Robert J. Adams & Associates, and complains of the Defendant, Kondaur Capital Corp., and states as follows:

### PARTIES

1. The Plaintiff(s), Dylan Reeves, an individual who reside(s) in the State of Illinois.

2. The Defendant, Kondaur Capital Corp. ("Kondaur"), a company that regularly does business in the State of Illinois, particularly in the business of mortgage lending and servicing.

### JURISDICTION

3. On May 27, 2013, Plaintiff(s) filed a voluntary petition for relief under 11 U.S.C. Chapter 13.

4. This adversary proceeding arises under Sections 502 and 506 of the United States Bankruptcy Code and is a core proceeding under 28 U.S.C. §157(b)(2)(K).

5. This Honorable Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 151, 157, and 1334 in that this action relates to Bankruptcy Case Number 13-21976, *In re Dylan Reeves*, which is presently pending before this Honorable Court.

### STATEMENT OF FACTS

6. Plaintiff is the owner of real estate, hereinafter referred to as "The Reeves Property," at 9808 S. Normal, Chicago, IL 60628.

7. Kondaur claims a first mortgage lien on The Reeves Property.

8. The legal description in the mortgage is as follows:

    Lot 4 (Except the North 8 feet thereof) and the North 8 feet of Lot 5 in Block 9 in Odell's Addition to Euclid Park, as Subdivision of the East 1/2 of the Northwest 1/4 of Section 9, Township 37 North, Range 17, East of the Third Principal Meridian in Cook County, Illinois. (Attached as Exhibit A is a copy of the mortgage.)

9. The current legal description for the Reeves Property is:

    Lot 4 (except the North 8 feet) and the North 16 feet of Lot 5 in V.H. Surghnor's Subdivision of Block 9 to 16 in Odell's Addition to Euclid Park Subdivision of the East 1/2 of the Northwest 1/4 of Section 9 Township 37 North, Range 14 East of the Third Principal Meridian in Cook County, Illinois. (Attached as Exhibit B is a copy of the County Clerk's certification of the correct legal description.)

10. The original warranty deed contained a legal description similar to the one in Par. 8 above except that the Range Number is wrong. (Attached as Exhibit C is a copy of the warranty deed.)

11. The reason for the differing legal descriptions now is that the building on the property straddled a property line causing Mr. Reeves to have to buy additional land in 2006 to eliminate the problem. (Attached as Exhibit D is a copy of the warranty deed where Plaintiff purchased the additional land necessary to have a lot that encompassed the full building.)

12. The Property Identification Number in the mortgage is 25-09-129-057-0000 (Exhibit A).

13. The correct PIN is 25-09-129-064-0000 (Exhibit B).

14. Indeed, a search of the Cook County Treasurer's site yields nothing when the "057" PIN is searched whereas the "064" PIN is recognized as the one corresponding to 9808 S. Normal. (Attached as Exhibit E is a copy of the property tax information from the site.)

15. Plaintiff believes Kondaur and its predecessors were aware of these problems, which would cause difficulty enforcing the purported lien, which is why they did not oppose confirmation of the plan in the Chapter 13 case.

16. In 2012, Kondaur's predecessor attempted to remedy the problem by filing a motion in a foreclosure case seeking to file an amended complaint that corrected the legal description. (Attached as Exhibit F is a copy of the motion.)

17. As mentioned in the foreclosure court motion, the Range Number in the mortgage is wrong and should be Range 17 rather than Range 14.

18. Regardless of the merging of the properties, the incorrect Range Number casts the validity of Kondaur's lien into doubt.

19. Then, factoring in the new legal description and straddling of the property line, Kondaur's position as secured creditor is further undercut.

20. Failure to properly list a legal description prevents a recorded mortgage from providing the necessary constructive notice to all other creditors that a lien is held. *In re: Thomas*, 387 B.R. 4 (Bankr. N.D. Iowa 2008).

21. Kondaur claims a mortgage lien in a property which has the wrong Range Number, wrong PIN, and wrong legal description.

22. Under § 502(b)(1), Kondaur's claim is unenforceable against the debtor and property of the debtor due to the errors.

23. Under § 544(b)(1), Kondaur's lien may be avoided.

WHEREFORE Dylan Reeves, the Plaintiff herein, prays that this Honorable Court enter a Judgment against Defendant, Kondaur Capital Corp., avoiding the mortgage lien claimed against The Reeves Property at 9808 S. Normal in Chicago, Illinois.

      Respectfully submitted,

      /s/ Robert J. Adams & Assoc.
      ONE OF THE ATTORNEYS FOR
      Dylan Reeves
      Robert J. Adams & Associates