# Cook County Clerk's Office

Real Estate & Tax Services
118 N. Clark Street Room 434
Chicago, Illinois 60602
312- 603-5644

# INVOICE

| | |
|---|---|
| Transaction #: | 380632 |
| Page: | 1 of 1 |
| Date: | 7/25/2016 12:11:00 P |
| Cashier: | JAC |
| Register #: | 1 |

Customer: Map Department

Reference:
Comment: Customer waiting for completed order

| Item Lookup Code | Description | Quantity | Price | Extended |
|---|---|---|---|---|
| MAPLEG | Legal Description | 1 | $5.00 | $5.00 |

**PAID**
ENTERED AND RECORDED
JUL 2 5 2016
COUNTY CLERK
DAVID ORR

| | |
|---|---|
| Sub Total | $5.00 |
| Total | $5.00 |
| Cash Tendered | $5.00 |
| Change Due | $0.00 |

Pink=Customer
Yellow=File
White=Original

380632000

# David D. Orr     Clerk of Cook County

## COUNTY OF COOK MAP DEPARTMENT

Date: 07-25-2016

**THIS CERTIFIES THAT THE PERMANENT REAL ESTATE INDEX NUMBER KNOWN AS:**

25 - 09 - 129 - 064 - 0000    BEARS THE FOLLOWING LEGAL DESCRIPTION:

LOT 4 (EXCEPT THE NORTH 8 FEET) AND THE NORTH 16 FEET OF LOT 5 IN V. H. SURGHNOR'S SUBDIVISION OF BLOCKS 9 TO 16 IN ODELL'S ADDITION TO EUCLID PARK SUBDIVISION OF THE EAST 1/2 OF THE NORTHWEST 1/4 OF SECTION 9 TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.



Fee: $5.00

_Supervisor of Maps and Plats_

# EXHIBIT "A"
## Legal Description

Lot 4 (except the North 8 feet) and the North 16 feet of Lot 5 in V.H. Surghnor's Subdivision of Block 9 to 16 in Odell's Addition to Euclid Park Subdivision of the East 1/2 of the Northwest 1/4 of Section 9, Township 37 North, Range 14, East of the Third Principal Meridian, according to the plat thereof recorded as document number 1541584, in Cook County, Illinois.

NOTE: The legal description described herein pursuant to the Cook County Assessor's report dated June 30, 2016 reflecting newly created (combined) PIN 25-09-129-064 from the following:

A: Lot 4 (except the North 8 feet) and the North 8 feet of Lot 5 in Block 9 to 16 in Odell's Addition to Euclid Park Subdivision of the East 1/2 of the Northwest 1/4 of Section 9, Township 37 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois.

B: The South 8.00 feet of the North 16.00 feet of Lot 5 in V.H. Surghnor's Subdivision of Block 9 to 16 in Odell's Addition to Euclid Park Subdivision of the East 1/2 of the Northwest 1/4 of Section 9, Township 37 North, Range 14, East of the Third Principal Meridian, according to the plat thereof recorded as document number 1541584, in Cook County, Illinois.

