**WARRANTY DEED**
**STATE OF ILLINOIS**
**COUNTY OF COOK**

THE GRANTOR, Willie D. Maxie, of the County
of Cook, State of Illinois for and in consideration of
TEN AND NO/100 DOLLARS ($10.00) and other
good and valuable consideration in hand paid,
CONVEYS and Warrant to Dylan Reeves of
8737 S. Racine; Chicago, IL 60620.
The following described Real Estate situated in the
County of Cook in the State of Illinois, to wit:



Doc#:  0520344052
Eugene "Gene" Moore  Fee: $28.50
Cook County Recorder of Deeds
Date: 07/22/2005 12:53 PM  Pg:  1 of 2

(Recorder's Use Only)

LOT 4 (EXCEPT THE NORTH 8 FEET THEREOF) AND THE NORTH 8 FEET OF LOT 5
IN BLOCK 9 IN ODELL'S ADDITION TO EUCLID PARK, AS SUBDIVISION OF THE
EAST ½ OF THE NOTHWEST 1/4 OF SECTION 9, TOWNSHIP 37 NORTH, RANGE 14,
EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Permanent Index Number (PIN): 25-09-129-057-0000

Commonly Known As: 9808 S. Normal; Chicago, IL 60628

Dated this 20th day of August, 2000

(x) _Willie D. Maxie_

State of ___ILLINOIS___. County of __COOK__ )SS.

I, the undersigned, a Notary Public in and
for said County, in the State aforesaid, DO
HEREBY CERTIFY that Willie D. Maxie,
personally known to me to be the same
person(s) whose name is subscribed to the
foregoing instrument, appeared before me
this day in person, and acknowledged that
they signed, sealed and delivered the said
instrument as there free and voluntary act,
for the uses and purposes therein set forth
including the release and waiver of the right
of homestead.

Given under my hand and official seal, this _20_ day of __August__ . 200_0_

Commission expires __August 14, 2001__

_Janice Palmer_
NOTARY PUBLIC

OFFICIAL SEAL
JANICE PALMER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-14-2001

This instrument was prepared by Willie Maxie; 9808 S. Normal; Chicago, IL 60628.
After Recording Mail To: Dylan Reeves; 8737 S. Racine; Chicago, IL 60620.
Subsequent Tax Bill To: Dylan Reeves; 8737 S. Racine; Chicago, IL 60620.

## STATEMENT BY GRANTOR AND GRANTEE

THE GRANTOR OR HIS AGENT AFFIRMS THAT, TO THE BEST OF HIS KNOWLEDGE, THE NAME OF THE GRANTEE SHOWN ON THE DEED OR ASSIGNMENT OF BENEFICIAL INTEREST IN A LAND TRUST IS EITHER A NATURAL PERSON, AN ILLINOIS CORPORATION OR FOREIGN CORPORATION AUTHORIZED TO DO BUSINESS OR ACQUIRE AND HOLD TITLE TO REAL ESTATE IN ILLINOIS, A PARTNERSHIP AUTHORIZED TO DO BUSINESS OR ACQUIRE AND HOLD TITLE TO REAL ESTATE IN ILLINOIS, OR OTHER ENTITY RECOGNIZED AS A PERSON AND AUTHORIZED TO DO BUSINESS OR ACQUIRE TITLE TO REAL ESTATE UNDER THE LAWS OF THE STATE OF ILLINOIS.

DATE _August 20_, 20_00_ SIGNATURE: _Nillie D Maxie_

                              GRANTOR OR AGENT

Subscribed and sworn to before
Me by the said_____
This _20th_ day of _August_,
20_00_
Notary Public _Janice Palmer_

```
OFFICIAL SEAL
JANICE PALMER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-14-2001
```

THE GRANTEE OR HIS AGENT AFFIRMS AND VERIFIES THAT THE NAME OF THE GRANTEE SHOWN ON THE DEED OR ASSIGNMENT OF BENEFICIAL INTEREST IN A LAND TRUST IS EITHER A NATURAL PERSON, AN ILLINOIS CORPORATION OR FOREIGN CORPORATION AUTHORIZED TO DO BUSINESS OR ACQUIRE AND HOLD TITLE TO REAL ESTATE IN ILLINOIS, A PARTNERSHIP AUTHORIZED TO DO BUSINESS OR ACQUIRE AND HOLD TITLE TO REAL ESTATE IN ILLINOIS, OR OTHER ENTITY RECOGNIZED AS A PERSON AND AUTHORIZED TO DO BUSINESS OR ACQUIRE TITLE TO REAL ESTATE UNDER THE LAWS OF THE STATE OF ILLINOIS.

DATE _August 20_, 20_00_ SIGNATURE_____

                              GRANTOR OR AGENT
                              GRANTOR

Subscribed and sworn to before
Me by the said_____
This _20th_ day of _August_,
20_00_
Notary Public _Junie Palmer_

```
OFFICIAL SEAL
JANICE PALMER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-14-2001
```

NOTE: ANY PERSON WHO KNOWINGLY SUBMITS A FALSE STATEMENT CONCERNING THE IDENTITY OF A GRANTEE SHALL BE GUILTY OF A CLASS C MISDEMEANOR FOR THE FIRST OFFENSE AND OF A CLASS A MISDEMEANOR FOR SUBSEQUENT OFFENSES.

(ATACH TO DEED OR ABI TO BE RECORDED IN COOK COUNTY, ILLINOIS, IF EXEMPT UNDER THE PROVISIONS OF SECTION 4 OF THE ILLINOIS REAL ESTATE TRANSFER TAX ACT.)