DEC. 27. 2006  4:21PM                                                                 NO. 1983   P. 2/16

**Warranty Deed**



Doc#: 0636331079 Fee: $26.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 12/29/2006 01:00 PM Pg: 1 of 2

THIS INDENTURE WITNESSETH, That the Grantor (s), **Gina Morrow, a single woman** for and in consideration of the sum of one dollar and other good and valuable considerations, the receipt of which is hereby acknowledged, convey and warrants to: **Dylan Reeves** the real property commonly known as: **9810 S. Normal Ave, Chicago, Illinois, 60628** and which is legally described as follows, to-wit: The South 8.00 Feet of the North 16.00 Feet of Lot 5 in V.H. Surghnor's Subdivision of Blocks 9 to 16 in O'Dell's Addition to Euclid Park, A Subdivision of The East ½ of The Northwest ¼ of Section 9, Township 37 North, Range 14, East of The Third Principal Meridian, According to The Plat Thereof Recorded as Document Number 1541584, in Cook County, Illinois.

PIN (S): 25-09-129-059  (note: vacant strip of land measuring approximately 8 ft. by 124.28 ft.)

SUBJECT TO TAXES NOT YET DUE AND PAYABLE. COVENANTS, CONDITIONS AND RESTRICTIONS OF RECORD

Situated in Cook County, Illinois, hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

Dated this December 27, 2006

City of Chicago
Dept. of Revenue
485182
12/29/2006 12:37  Batch 09365  57

Real Estate Transfer Stamp
$18.75

_____
Gina Morrow

0636331079 Page: 2 of 2

DEC. 27. 2006 4:21PM NO. 1993 P. 3/16



STATE OF ILLINOIS
COUNTY OF Cook

I, the undersigned, a Notary Public in and for said County and State aforesaid, DO HEREBY CERTIFY THAT, **Gina Morrow, a single woman** who is/are personally known to me to be the same person(s) whose name(s) are subscribed to the foregoing instrument, as having executed the same, appeared before me this day in person and acknowledged that they signed, sealed, and delivered the said instrument as their free and voluntary act for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and Notarial Seal this December 27, 2006

Yolanda V. Del Rio
Notary Public

"OFFICIAL SEAL"
Yolanda V. Del Rio
Notary Public, State of Illinois
My Commission Exp. 05/30/2010

This Instrument was prepared by and return to:

Dylan Reeves
9808 S. Normal
Chicago, IL 60628