# Cook County Property Tax and Payment Information

Printed copies of this information may not be used as a tax bill. Payments must be submitted with original tax bill.

**Property Index Number (PIN):** 25-09-129-064-0000

2015 Tax Year Information - Payable in 2016

**Tax Year:** 2015    **Tax Type:** Current Tax    **Volume:** 456    **Classification:** 2-78

## Property Location

9808 S NORMAL AVE
CHICAGO, IL 60628-1213

To update contact the Cook County Assessor's Office at 312.443.7550.

## Mailing Information

Dylan Reeves
9808 South Normal
Chicago, IL 60628-1213

To update your mailing information click here.

## Exemption Information

**Homeowner Exemption:** NO
**Senior Citizen Exemption:** NO
**Senior Freeze Exemption:** NO

If you are entitled to an exemption you did not receive, click here.

To check if you received exemptions on previous tax years, click here.

## Tax Billing Information

| Installment | Tax Amount Billed | Tax Due Date |
|---|---|---|
| 1st | $1,802.74 | 03/01/2016 |
| 2nd | $2,148.06 | 08/01/2016 |

## Tax Payment Information

*The balance due, including any penalty, is as of Wednesday, August 10, 2016.*

*Payments processed are posted through Tuesday, August 09, 2016.*

| Installment | Total Amount | Tax Amount | Penalty Amount | Last Payment Received | Date Rece |
|---|---|---|---|---|---|
| 1st | $1,964.98 | $1,802.74 | $162.24 | $0.00 | |
| 2nd | $2,180.28 | $2,148.06 | $32.22 | $0.00 | |

**BALANCE DUE:**    **$4,145.26**

**Payment Method**

---

Select 2015 Payment Method:     Click Here to Pay

**Return to PIN Summary**

For Tax Years 2013 and prior, the Cook County Clerk's office can help you with redemption and delinquent inquiries regarding these prior year's taxes.

You may reach the Clerk at:

Main Number: 312.603.5656
You may find frequently asked questions and additional information at the Clerk's Office's website:
http://www.cookcountyclerk.com