IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION
MORTGAGE FORECLOSURE/MECHANICS LIEN SECTION

| | |
|---|---|
| URBAN PARTNERSHIP BANK, AS SUCCESSOR IN INTEREST TO SHOREBANK,<br><br>PLAINTIFF,<br><br>V.<br><br>DYLAN REEVES; 5431-33 SOUTH WABASH, LLC; 5437 SOUTH WABASH, LLC; CITY OF CHICAGO; HSBC NEVADA F/K/A HOUSEHOLD BANK; FORD MOTOR CREDIT CO., LLC; BING TIE; YING CHANG MA; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,<br><br>DEFENDANTS. | No.   11 CH 40227<br><br>9808 S. NORMAL<br>CHICAGO, ILLINOIS 60628 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Now Comes Plaintiff, Urban Partnership Bank, as successor in interest to ShoreBank (hereinafter "Plaintiff"), by and through its attorneys, GARFIELD & MEREL, LTD., moves this Court to enter an Order granting leave to file its Amended Complaint. In support of its motion, Plaintiff states as follows:

1. Plaintiff filed its Mortgage Foreclosure Complaint in this matter on November 22, 2011, in the Circuit Court of Cook County, Illinois.

2. In paragraphs 3(i) and 17 (cc), the following legal descriptions are alleged:

> LOT 4 (EXCEPT THE NORTH 8 FEET THEREOF) AND THE NORTH 8 FEET OF LOT 5 IN BLOCK 9 IN ODELL'S ADDITION TO EUCLID PARK, A SUBDIVISION OF THE EAST ½ OF THE NORTHWEST ¼ OF SECTION 9, TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

3. The mortgages attached as Exhibits A and D to the Complaint contain a legal description which states that the property is located in "Range 17." After further review, the legal description in the mortgage is incorrect.

4. Plaintiff seeks to file an Amended Complaint to include counts to reform the mortgages, with summons to issue. *See Proposed Amended Complaint*, Exhibit 1 attached hereto.

WHEREFORE, Plaintiff, Urban Partnership Bank, as successor in interest to ShoreBank, requests that this Court enter an Order granting leave to file its Amended Complaint, *instanter*, with summons to issue, to add counts for reformation of the mortgages, and for such other relief as this Court deems just and equitable.

                                      Urban Partnership Bank

                                      By _____

                                      One of its Attorneys

Gregory McCormick
Keith Chadwick
Erica Byrd
Garfield & Merel, Ltd.
Two Prudential Plaza
180 North Stetson, Suite 1300
Chicago, Illinois 60601
312-288-0105