UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-21976 |
| DYLAN REEVES | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming to be heard on the motion of Kondaur Capital Corporation, as separate trustee of Matawin Ventures Trust Series 2015-2 ("Kondaur"), to modify the restraining provisions of 11 U.S.C. § 362, due notice having been given, and the Court being fully apprised in the premises; and for the reasons stated on the record during the hearing on this matter held on December 1, 2016, including:

(A) The chapter 13 trustee having stated that the Debtor has completed all payments pursuant to his confirmed chapter 13 plan; and,

(B) Kondaur's lien against a certain property more commonly known as 9808 S. Normal, Chicago, IL 60628 (the "Property") having not been avoided (see the Court's ruling with respect to the Debtor's Motion for Summary Judgment entered in the case of Dylan Reeves v. Kondaur Capital Corp., et al., Adv. No. 16-00523);

IT IS HEREBY ORDERED that:

(1) The restraining provisions of 11 U.S.C. § 362 are modified so as to permit Kondaur to take possession of and foreclose its security interest in the Property; and,

(2) The effect of Bankruptcy Rule 4001(a)(3) is waived by the Court.

Enter:

J. P. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 0 8 DEC 2016