**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | |
|---|---|
| In re: Dylan Reeves | ) Judge Janet S. Baer |
| Debtor(s) | ) |
| | ) Case No. 13-21976 |
| | ) |
| | ) Chapter 13 |

NOTICE OF MOTION

To the following named persons or entities:  (Separate Service List may be attached)

Dylan Reeves
8737 S. Racine Ave
Chicago, IL 60620

Kondaur Capital Corp.
c/o Coleman J. Braun
(Via ECF: cbraun@mwbllp.com)

Tom Vaughn
(Served electronically)

Please take notice that on **December 15, 2016 at 9:30 a.m.** I shall appear before the Honorable Judge Janet S. Baer in Court Room 613 at the U.S. Bankruptcy Court located at 219 S. Dearborn, Chicago, Illinois 60604 and present the attached motion.

CERTIFICATE OF SERVICE

A copy of this Notice of Motion and attachment were deposited in the U.S. mail at 901 W. Jackson St., suite 202, Chicago, Illinois, with sufficient postage prepaid by Robert J. Adams & Associates.  Where indicated, however, a party has been served electronically through the court's ECF system.

Date of Service:   December 12, 2016          Signature:      /s/ Robert J. Adams & Associates

Robert J. Adams & Assoc., 901 W. Jackson St., Suite 202, Chicago, Illinois  60607  Phone: 312.346.0100

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | |
|---|---|
| In re:Dylan Reeves<br>　　　　Debtor(s) | ) Judge Janet S. Baer<br>)<br>) Case No. 13-21976<br>)<br>) Chapter 13 |

## DEBTOR'S MOTION TO VACATE ORDER MODIFYING AUTOMATIC STAY

　　NOW COMES Dylan Reeves, hereinafter referred to as "Debtor(s)", by and through the Law Offices of Robert J. Adams & Associates, and states as follows:

1.  On May 27, 2013, Debtor(s) filed a voluntary petition for relief under Title 11 U.S.C. Chapter 13.

2.  On December 1, 2016, this Court ruled that Kondaur Capital was entitled to have the stay modified in this to permit resumption of foreclosure on the mortgage lien it holds.

3.  On December 9, 2016 this Honorable Court entered the Order Modifying the stay.

4.  Because the Court also ruled on a related adversary proceeding, it took time to craft an order that relates to both matters. (Attached are copies of the orders for each matter.)

5.  The debtor believes a mistake was made in the ruling calling for vacating of the order modifying the stay and invokes Bankruptcy Rule 9024.

6.  The adversary proceeding continues to pend before the court and has a status date of January 19, 2017.

7.  The order modifying the automatic stay states that Kondaur shall be allowed to take possession and foreclose on the debtor's property at 9808 S. Normal, Chicago.

8.  The modification of the stay presupposes that Kondaur has an enforceable lien against the property at 9808.

9.  However, the adversary proceeding seeks a determination that Kondaur does not have an enforceable lien on the 9808 property.

Robert J. Adams & Assoc., 901 W. Jackson St., Suite 202, Chicago, Illinois  60607  Phone: 312.346.0100

10. Allowing Kondaur to foreclose will have the effect of allowing Kondaur to prevail in the adversary proceeding before the Court has ruled whether Kondaur has a valid lien.

11. What should have been clear from the briefing of the motion to modify the stay is that Kondaur is only entitled to treatment as an unsecured creditor for the life of this plan.

12. Although plan payments are complete, the bankruptcy case remains open until the adversary proceeding is complete.

13. The automatic stay is supposed to remain in effect under Sec. 362(c)(2) until the case is closed or dismissed.

14. While the court ruled in the adversary proceeding that Plaintiff/Debtor is not entitled to summary judgment, he may still prevail in the adversary.

15. Kondaur waited over 3 years after the filing of this case to seek modification of the stay.

16. Equities dictate that Kondaur should not be allowed to circumvent the process of resolution of the adversary proceeding by foreclosing on the property in another court.

WHEREFORE Dylan Reeves, the Debtor(s) herein, pray(s) that this Honorable Court enter an Order vacating the Order that was previously entered on December 9, 2016.

Respectfully submitted,

/s/ Robert J. Adams & Assoc.
Attorney for Dylan Reeves
Robert J. Adams & Associates

Robert J. Adams & Assoc., 901 W. Jackson St., Suite 202, Chicago, Illinois  60607  Phone: 312.346.0100